## UNITED STATES of America ex rel. Erich BECKER v. Frances PERKINS, Secretary of Labor, et al.

### No. 5969.

Circuit Court of Appeals, Seventh Circuit.

Sept. 23, 1936.

Irving Krane and A. Bradley Eben, Asst. U. S. Atty., both of Chicago, Ill., for appellant.

Before SPARKS, Circuit Judge.

PER CURIAM.

Now this day come the parties by their counsel and counsel for appellant presents and files a suggestion of death of the appellant, Erich Becker, and a stipulation that this appeal be abated, which said suggestion of death and stipulation are in the words and figures following, to wit:

"Now comes Irving Krane, attorney of record for Eric Becker, appellant, and suggests upon the record the death of Erich Becker, lately the appellant herein, and moves this court to abate the proceedings herein.

"It is hereby stipulated by and between the parties hereto through their respective counsel that the above entitled cause be abated in accordance with the suggestion of death of Erich Becker as above set forth."

On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, abated pursuant to the foregoing suggestion of death and stipulation.

## UNITED STATES of America ex rel. James C. BRIDGES, Appellant, v. Bert BATES, United States Marshal, et al., Appellees.

### No. 7088.

Circuit Court of Appeals, Sixth Circuit.

Nov. 11, 1936.

Giles L. Evans, of Nashville, Tenn., and J. Sam Johnson, of Huntingdon, Tenn., for appellant.

William McClanahan, U. S. Atty., and R. G. Draper, Asst. U. S. Atty., both of Memphis, Tenn., for appellees.

Before HICKS and ALLEN, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

This cause was heard on the transcript of the record and briefs and argument of counsel, and, it appearing that, in addition to the indictment against appellant, there is a substantial conflict in the evidence upon the question whether there is no probable cause for believing appellant guilty of the commission of the offenses with which he is charged,

It is now here ordered and adjudged that the orders of the District Court appealed from be, and the same are, affirmed upon the authority of Meehan v. United States, 11 F.(2d) 847 (C.C.A.6).

## UNITED STATES of America ex rel. CHEW DECK, Relator-Appellant, v. COMMISSIONER OF IMMIGRATION AND NATURALIZATION, PORT OF NEW YORK, Respondent-Appellee.*

### No. 63.

Circuit Court of Appeals, Second Circuit.

Oct. 19, 1936.

Paul Jones, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (Thomas McCall, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order (17 F.Supp. 78) affirmed.

*Writ of certiorari denied 57 S. Ct. 508, 81 L. Ed. ——.